|     |     |
| --- | --- |
| 1   |     |
| 2   |     |
| 3   |     |
| 4   |     |
| 5   |     |
| 6   |     |
| 7   |     |

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| ROSE MARIE CARPENTER-SINGH, | ) | CIVIL NO. 1:24-cv-01585-EPG |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT** |
| v. | ) | |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) | **(ECF No. 20)** |
| Defendant. | ) | |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings.

Upon remand, the Appeals Council will remand the case to an Administrative Law Judge (ALJ) for a new decision, and instruct the ALJ to re-evaluate the evidence of record. The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

\\\

\\\

\\\

\\\

1

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: July 7, 2025            */s/ Dolly Trompeter*\*
                               DOLLY TROMPETER
                               Attorney for Plaintiff
                               *Authorized via e-mail on July 7, 2025

                               MICHELE BECKWITH
                               Acting United States Attorney
                               MATHEW W. PILE
                               Associate General Counsel
                               Social Security Administration

                        By:    */s/ Erin Jurrens*
                               ERIN JURRENS
                               Special Assistant U.S. Attorney

                               Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 20), **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The Clerk of the Court is respectfully directed to terminate Plaintiff's motion for summary judgment (ECF No. 16) as no longer pending and to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated:  **July 7, 2025**            /s/ Erica P. Grosjean
                                                      UNITED STATES MAGISTRATE JUDGE